IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02498-MSK-MEH

WALTERINE CHERYL BOLES,

    Plaintiff,

v.

SERVICESOURCE NETWORK, and
SERVICESOURCE INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 18, 2011.**

    The Stipulated Motion for Protective Order [filed March 16, 2011; docket #30] is **granted**. The Protective Order is issued and filed contemporaneously with this minute order.